

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. WR-85,529-01

### EX PARTE JOSE ANDRES DE LA ROSA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. CR-1838-93-D(1) IN THE 206TH DISTRICT COURT
### FROM HIDALGO COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of marihuana and sentenced to twelve years' imprisonment. The Thirteenth Court of Appeals affirmed his conviction. *De La Rosa v. State*, No. 13-94-00356-CR (Tex. App.—Corpus Christi Sept. 14, 1995) (not designated for publication).

Applicant contends that he is entitled to time spent out of custody on an appeal bond. The trial court made findings of fact and conclusions of law and recommended that we grant relief. According to the trial court's findings and conclusions, Applicant testified at an evidentiary hearing

on June 10, 2016. The reporter's record of that hearing was not, however, forwarded with the habeas record.

This application will be held in abeyance. The reporter's record shall be forwarded to this Court within 90 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: September 14, 2016
Do not publish